AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00392 |
| Sean David Watson | ) | Assigned To : Faruqui, Zia M. |
| | ) | Assign. Date : 4/22/2021 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Sean David Watson,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 04/23/2021

Zia M. Faruqui
Digitally signed by Zia M. Faruqui
Date: 2021.04.23 10:44:49 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.         Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/23/2021, and the person was arrested on *(date)* 4/28/2021
at *(city and state)* Alpine, TX.

Date: 4/29/2021

*Arresting officer's signature*

Liam McGrail, Special Agent, FBI
*Printed name and title*