UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | 1:21-MJ-00392-ZMF-1 |
| | § | |
| SEAN DAVID WATSON, | § | |
| *Defendant.* | § | |

**Notice of Appearance**

To the clerk of the Court and all parties of record:

I am admitted to practice in the State of Texas, the District Court for the Western District of Texas, and the United States Court of Appeals for the Fifth Circuit. On May 5, 2021, this Court held Sean Watson's initial appearance. The Court found that Watson qualified for court-appointed counsel and indicated its intention to appoint me as counsel for Watson, pursuant to the Criminal Justice Act.

In accordance with that appointment, I appear in this case for Sean David Watson who has been charged by criminal complaint with two counts—knowingly entering or remaining in a restricted building or grounds without lawful authority and violent entry and disorderly conduct on Capitol grounds.

Pursuant to local criminal rule 44.5, I certify that I am familiar with the Federal Sentencing Guidelines. Further, pursuant to local criminal rule 44.1(b), I certify that I have previously acted as lead counsel in a federal district court in a contested jury trial.

Respectfully submitted,

/s/ Shane O'Neal
Shane O'Neal
O'Neal Law

TX Bar No. 24098193<br>
101 E. Avenue B.<br>
Alpine, TX 79830<br>
(432) 538-7070<br>
shane@shaneoneallaw.com

## Certificate of Service

I certify that I have filed a copy of this notice through the cm ecf filing system which will send electronic notice to:

AUSA Graciela Rodriguez Lindberg

Laredo Division, Southern District of Texas
11204 McPherson Road
Suite 100a
Laredo, TX 78045
956-723-6523
Email: graciela.lindberg@usdoj.gov

/s/ Shane O'Neal<br>
Shane O'Neal